UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA
Western Division

**U.S.A. vs. Michael Carroll Davis**                            **Docket No. 5:05-CR-206-1FL**

**Petition for Action on Supervised Release**

COMES NOW David W. Leake, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of, Michael Carroll Davis, who, upon an earlier plea of guilty to Felon in Possession of a Firearm, was sentenced by the Honorable Louise W. Flanagan, U.S. District Judge on January 29, 2007, to the custody of the Bureau of Prisons for a term of 92 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 3 years.

Michael Carroll Davis was released from custody on November 16, 2012, at which time the term of supervised release commenced.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

On June 4, 2015, the defendant submitted to a urine test that was positive for amphetamines and extended opiates. At the time the specimen was collected, he confessed that the preceding day he took a morphine tablet prescribed to his wife. Additionally, the day after the test, the defendant confessed that he had also taken an adderall tablet given to him by a friend.

Given the defendant's prior compliance under supervision, a sanction which would provide an immediate consequence and deterrent to further drug use is recommended.

The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall perform 24 hours of community service as directed by the probation office and if referred for placement and monitoring by the State of North Carolina, pay the required fee.

Except as herein modified, the judgment shall remain in full force and effect.

Reviewed and approved,

/s/ Dwayne K. Benfield
Dwayne K. Benfield
Supervising U.S. Probation Officer

I declare under penalty of perjury that the foregoing is true and correct.

/s/ David W. Leake
David W. Leake
U.S. Probation Officer
200 Williamsburg Pkwy Unit 2
Jacksonville, NC 28546-6762
Phone: 910-346-5109
Executed On: June 23, 2015

**Michael Carroll Davis
Docket No. 5:05-CR-206-1FL
Petition For Action
Page 2**

## ORDER OF THE COURT

Considered and ordered this \_\_\_24th\_\_\_ day of \_\_\_\_\_June_____, 2015 and ordered filed and made a part of the records in the above case.

_____
Louise W. Flanagan
U.S. District Judge